RECEIVED

JUN 2 6 2013

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHRiSTopheR EveRett

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

MARCUS HARDY, O'BRiEN

MiCHAEL LEMKE, SHAUN BASS

SALVADOR GODiNEZ

R. BiSHOP

Wexford HEALTH SouRCES INC.

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

13 C 4697
Judge Edmond E. Chang
Magistrate Judge Geraldine Soat Brown

**CHECK ONE ONLY:**   ~~REVISED COMPLAINT~~

_✓___   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1.

Plaintiff: Christopher Everett #R-26159

List all aliases: Chris D. Everett, Christopher D. Everett

Place of confinement: Stateville Correctional Center
P.O. Box 112
Joliet, IL. 60434-0112

A.
Defendants: Marcus Hardy                    E. Salvador Godinez
Title: Ex-Warden                            Director
Place of Employment: Stateville Corr. Ctr.  Dept. of Corrections

B.  O'Brien                                 F. Wexford Health Sources Inc.
Assistant Warden                            Health Care Provider
Stateville Corr. Ctr.                       Stateville Corr. Ctr.

C.  Michael Lemke
Warden
Stateville Corr. Ctr.

D.  Shaun Bass
Placement Officer
Stateville Corr. Ctr.

2.

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

3.

Statement of Complaint:

1. Plaintiff is incarcerated at the Stateville Correctional Center

2. Plaintiff's living conditions deprive him of the basic necessities of life.

3. Stateville is over crowded. It was designed to house less than 1000 inmates but it now is home to over 1600 inmates.

4. The cells were built to be one man occupied. But because of over crowding these one man cells now house two men.

5. The bunk beds have no ladders on them for inmates to climb up & down to get out & in the bunk. Inmates are forced to do a circus act to get into the top bunk. Because they have to climb on the toilet & leap on to the top bunk.

6. Plaintiff's bunk was the top bunk & he had to leap from the toilet/sink in the air to get into his top bunk.

7. Plaintiff fell from off the top bunk as he was trying to climb down from off the top bunk, hurting his back when he fell on it.

8. Plaintiff was told by counselor ~~[illegible]~~ R. Bishop that because of overcrowding the department of corrections isn't able to comply with the standards & guidelines of cell compliances & that there is no legal requirement to do so. (Exhibit-A)

9. Plaintiff wrote that ladders are needed to prevent inmates from falling out the bed trying to get up there & this will stop inmates from getting hurt.

10. Defendant Bishop in so many words said that because the institution is over crowded that they can overlook safety features such as a ladder being put on the bunk beds & also because of overcrowding the institution has no legal requirement to put safety features in place so inmates don't get hurt getting in & out of bed.

11. Plaintiff was given an x-ray on his back & it showed that his back wasn't broken.

12. Plaintiff was thankful that his back wasn't broken, but he was in a whole lot of pain & asked for a MRI to find out what was causing his pain...... He was told that he didn't need one.

13. Wexford Health Sources Inc. is the sole health care provider.

2

14. They have a policy to save money by understaffing & not sending inmates out for needed specialized tests & medical care.

15. Because of the overcrowding the policies to understaff the health care unit by Wexford created access to medical care problems such as weeks & monthly waits to get on the sick call list, longer waits for inmates to get seen by a doctor, physical exams.

16. Wexford refused to give plaintiff a MRI on his back & its not like he can get a second opinion on the matter... Wexford is the sole health care provider & its their way or nothing.

17. As a direct result of his back hurting him as bad as it was plaintiff's left knee started going out on him.

18. Plaintiff asked for a low gallery low bunk permit so he wouldn't have to attempt to get back up on the toilet & try & leap over to the bed (again).

19. Wexford refused to give/issue plaintiff a medical permit to go on a low gallrey & have a low bunk.

20. The same way he hurt his back & left knee (jumping off the toilet up on to the bed.) the first time, plaintiff was forced to leap up off the toilet again because there wasn't any ladders for him to climb up & down to get out of bed or get into it.

3

21. Plaintiff wrote Warden Hardy alerting him to the fact that he wasn't receiving medical care for his back or his knee & that he got hurt as a direct result of there not being a ladder on his bunk bed & he had to leap from the toilet on to the top bunk. (Exhibit - B)

22. Plaintiff wrote several letters to sick call because of the pain he was in asking to be seen, but he wasn't seen. (Exhibit - C)

23. Because of overcrowding & understaffing Plaintiffs requests were not processed in a timely manner or not at all & he wasn't given medical care for his serious medical needs.

24. Plaintiff fell about 4 to 5 feet in the air down on his back.

25. When he fell he heard something pop in his back.

26. He was given the bare minimum amount of medical care, so Wexford can say that they saw him.

27. Wexford Health Sources Inc. has a policy in place to not send inmates out for specialize care such as MRI's Ortho Doctor, & Nuerologist.

4

28. Plaintiff could not turn his head without having to turn his whole body, thats a sign for nerve damage But no tests were done to check for pinched nerves or damaged nerves. This is Wexfords policy.

29. Plaintiff's knee began to pop; hurt him to stand on it, bend it, sit for to long or lay down for long periods. This is a sign of ligament damage But no MRI was giving to him. This is Wexford's policy.

30. Because of overcrowding; understaffing Break downs in Classifications, medical care, safety; health began to happen; As a Direct result of these Break downs; System failures Plaintiff was not only deprived of medical care for his serious medical needs But he was exposed to unsafe; hazardous living conditions.

31. Because of overcrowding IDOC has financial problems; As a direct result of their financial problems they continue to under staff their correctional facilities; therefore creating safety issues.

32. To save money Director Godinez has allowed Stateville's Bills to be left unpaid; it resulted in no monthly exterminator to spray for roaches, ants, beetles, flys, mosquitos or to lay traps for mice; rats.

33. Defendant Bishop has written on Plaintiffs Grievance (Exhibit-D) That Stateville utilizes the American Correctional Association Standards As the guiedline but because of budgetary constraints they (Stateville) have NO legal requirement to do so. (fix the problems)

34. BIRDS ARE ALLOWED TO fly IN THE CELL HOUSE & DINNING ROOM & POOP WHERE THEY PLEASE.

35. THERE IS NO VENTILATION INSIDE THE CELLS OR THE CELL HOUSE, SO PLAINTIFF IS SUBJECTED TO foul SMELLS, DUST MITES, BLACK MOLD SPORES BIRD POOP, MICE DROPPINGS.

36. PLAINTIFF ISN'T GIVEN CLEANING SUPPLIES TO CLEAN HIS CELL.

37. PLAINTIFF WAS GIVEN A MEDICAL PERMIT FOR LOW GALLERY, LOW BUNK TO HELP HIM GET AROUND BETTER & PREVENT HIM FROM HAVING TO GO UP 5 flights OF STAIRS TO 9 GALLERY & HAVING TO LEAP FROM OFF THE TOILET UP ON TO THE BED. THE PERMIT WASN'T FOLLOWED & PLAINTIFF WASN'T MOVED FROM OFF 9 GALLERY TO A LOW GALLERY OR GIVEN A LOW BUNK... BECAUSE OF OVER CROWDING.

38. PLAINTIFF WAS INFORMED BY THE SGT. OF D-HOUSE THAT HE COULDN'T MOVE BECAUSE THERE WASN'T ANY WHERE TO MOVE HIM TO, ON THE LOWER GALLERIES.

39. BECAUSE OF OVERCROWDING THE MEDICAL TREATMENT THAT THE DOCTOR PRESCRIBED PLAINTIFF TO HAVE WASN'T GIVEN TO HIM.

40. WHEN (2) LOW GALLERY CELLS OPENED UP & BECAME AVAILABLE, THE PLACEMENT OFFICER SHAUN BASS REFUSED TO MOVE PLAINTIFF.

41. Plaintiff wrote letters to Warden Lemke & Warden O'Brien Alerting them to the fact that he had a low gallery & low bunk permit & that the Placement officer Shaun Bass Refused to honor the Doctor Prescribed Treatment (Medical permit) & could either one of them make sure I'm moved to a low gallery & low bunk but neither Lemke or O'Brien moved or had Plaintiff moved, nor did they respond back to his letters. (Exhibit - E and F)

42. Plaintiff was prescribed a low gallery & low bunk & the Placement officer Bass Refused to follow the Doctors order & As a Direct Result of not being placed on a low gallery Plaintiff had to walk down five flights of stairs with his crutches to get in the shower & this caused Plaintiff to be in extreme pain with each step that he took.

43. Plaintiff was finally moved from off 9 gallery but he was only moved to 5 gallery which is still a high gallery.

44. This is about the living conditions that have subjected Plaintiff to cruel & unusual Punishment & the unnecessary infliction of Pain & suffering.

7.

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

To Sue each Defendant in Their Official Capacity & individual Capacity, for Defendants to put ladders on the Bunk Beds: for Defendants to Award Him $250,000 for subjecting Him to Cruel & Unusual Punishment.

**VI.     The plaintiff demands that the case be tried by a jury.**  ☒ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this   3rd   day of   June   , 20 13

x   *Christoph Everett*
(Signature of plaintiff or plaintiffs)

Christopher Everett
(Print name)

R-26159
(I.D. Number)

Stateville Corr. Ctr.
P.O. Box 112
Joliet, IL. 60434-0112
(Address)

6                                                    Revised 9/2007

(EXHIBIT-A)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 6/12/2012 | Offender: (Please Print) CHRISTOPHER EVERETT | | ID#: R26159 |
|---|---|---|---|
| Present Facility: STATEVILLE Correctional Center | | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☑ Other (specify): Hazzardous Conditions |

☐ Disciplinary Report: ____/____/____
　　　　　　　　　　　　Date of Report　　　　　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

　　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　Chief Administrative Officer, only if EMERGENCY grievance.
　　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** In June of 2009 I was hurt when I fell from the top bunk as I attempted to come down by placing my foot on the toitate/sink which is 3½ feet away from the bunk. I fell on my back which is still bothering me and causing sharp pains when I sit and stand. Conditionally this has also caused my left knee to be aggravated resulting in pain some sort of damage that makes my knee pop and get stuck when I extend it.

**Relief Requested:** Ladders are needed to get onto the top bunks and I need an MRI on both my back and knee. X-Rays are have revealed nothing.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Christopher Sm _____ | R26159 | 6 , 12 , 2012 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

Date Received: 6 , 22 , 12　　☐ Send directly to Grievance Officer　　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** In Reference to Adequate beds and cell Furnishing, the institution As well as the entire department, utilizes American Correctional Association standards As guidelines for management. Overcrowding throughout the system inhibits the department's ability to comply (over)

| R. Bishop | N/A | 6, 27, 12 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: ____/____/____　　Is this determined to be of an emergency nature?　　☐ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature　　　　　　　　____/____/____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

with 100% of these suggested guidelines At all Facilities. Efforts continue to strive for optimal compliance with these Recommended guidelines, within budgetary constraints of the department, however there no legal requirement to do so. If grievant is feeling pain in his body he needs to contact a medtech.

(EXHiBit~B)

To: Warden Hardy                    July 8, 2012

This is Everett and I fell to the floor climbing out the top bunk. Being on the top-Bunk there is no Ladder for safe climbing up and down from the bed. I am forced to step up on the toilet/Sink to jump up on to the bed and get down also. I am in pain and I put in 4 sick call request slips and I still haven't been called. I need an MRI on my Back To See what's wrong. Could you (Please!) ask someone from HCU to see me, Please because I'm in Pain, my back and my knee are killing me.

                        Thank You.

I already hurt myself
jumping up and down from        CHRIS EVERETT
the top bunk.                   R26159
This is a dangerous             B-933
setting.

Copy

(EXHIBIT - C)

HEALTH CARE

Jan 19, 2012

This is Everett and I have placed 2 or 3 requests in the box — I need to be scheduled to see the Doctor ASAP for my knee. I can't even run or climb the stairs without sharp pains. I told the Med Tech and she suggested that I place a request in the box again because she'd be picking them up in the morning. Still nothing.

My back is still not well, it comes and goes and the weather + the jumping in and out the top bunk isn't making things feel any better.

Pleas call me and place me on the next sick call list. Thank You.

Chris Everett
R26189
E-921

COPY (EXHIBIT-C)

HEALTH CARE                                    Sunday April 28, 2013
   Medical Director:

        This is Everett and I am in serious
pain. This morning when I was preparing to get
my clothes on I strained my back. I was pulling
my box out, after jumping down awkwardly
from my bunk. I think I over compensated using
the crutches being that my left knee was injured—
I put a lot of strain on my Back lifting my
whole body up and down the 5 flights of stairs.
Then to make it worse I had to sleep on the
floor one night because my back was so bad.
        I took the pills given me and they were
for my knee. But I am still stuck on 9 Gallery
and I need to be seen fast. I'm in pain—
It hurts to even sit up. The med-Tech denied me
and the Cell House Staff Threaten to take me to
Segregation if I couldn't make it up the stairs— It
took me 45 min in agonizing pain. My fingers and
hands went numb And or fell asleep it was so bad.
I could not turn my head.  Please get me
over there. One injury has led to another.
                                        Thank You
                                        C. Everett  R26159
I was Tortured tonight                  D-933.
because Ms Fryerson denied
me help.

(EXHIBIT-C)

TO HEALTH CARE                          MAy 1, 2013
   Medical Director

            This is Everett, and I was given
a Referral instead of a Permit. Cell House
staff refuse to move me until I get a Permit
for low Gallery/Low Bunk. I need you to fill
out the proper Permit forms so that they can
move me from this high Gallery while I am on
these Crutches. It is three weeks now and I am
forced to climb these stairs where there is very
little support or Assistance. Placement claims that
they was not notified. First it was my back, then
it was my knee — Now my back and knee are in pain
and this is an accident waiting to happen. I am
in danger up here. I am in serious pain climbing
the stairs for showers and other movement. Then
here I am still forced to jump into the Top Bunk.
            However, I still need that paperwork
and an MRI.

                        Thanks a lot

                    Chris Everett
                    R 26150
                    D-933

TO HEALTH CARE

Copy

(EXHIBIT-C)

May 20, 2012

Hello, This is Everett, D-933, and I am
in a lot of pain — my knee keep getting stuck and I'm
experiencing SHARP Pains when I bend and extend
my left knee. I need an MRI on both my knee and
my lower back. Remember when I fell out the bed
trying to jump down, it is still bothering me.

I have been waiting, thinking the Medical
Director would call me — But still nothing. Call me
because my knee and my back are really causing
me a lot of pain.    Thank You

CHRIS EVERETT
R 26159
D-933

November 15, 2012

To Medical Director          (EXHIBIT-C)

Hello, this is Everett, and I was asking to be seen for my back which seems to act-up when I sit and stand. After falling on my Back a few yrs ago, it bothers me to the point where my back locks-up. I keep asking to be seen but I am not being called. I was on crutches for 2+ weeks May 2011, and that compounded the problem. Help me out please.

My knee is still acting up also and I need an MRI. I am experiencing momentary pain that lasts days at a time.

I am still on the high gallery and Top Bunk. I need to be on a low Gallery and Low Bunk, then hopefully you can help me get an MRI.

Thank You.

Chris Everett
R26159
D-933

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: JUN 15, 2012 | Offender: (Please Print) CHRISTOPHER EVERETT | ID#: R-26159 |
|---|---|---|
| Present Facility: STATEVILLE CORRECTIONAL CENTER | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☒ Other (specify): INADEQUATE HOUSING

☐ Disciplinary Report: _____ / _____
　　　　　　　　　　　　Date of Report　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Living areas per cell is not suitable for typewriters and appliances such as radios, televisions and fans. Housing is inadequate for the functioning use and proper maintainance of such appliances. It's like living in a tent outside where everything is subject to the enviornmental effect of ware. Everythin from roaches, mosquitos, flys, beetles, and other crawling insects aredbeing found inside these appliances. Being forbidden to cover such appliances with plastic results in the destruction of that appliance. To keep bugs out appliance must be protected for proper functioning use. The living area I am in is incapable of providing such protection from the outside. No shelving is provided to house my television securly nor tables provided to sit my typewriter for typing or writing. I do not even have a stool to sit on. The cell in not in compliance with Departmental Rules for suitable living conditions.

**Relief Requested:** That shelves and tables be installed for the prooper use of my television and typewriter, and that stools be inserted for sitting at such desk or table. My property box is my stool and desk, until I break it frommy weight and then made to pay.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*Christoph Eve*　　　　　　　　R26159　　　6 , 15 , 2012
　　Offender's Signature　　　　　　　　　ID#　　　　　　　Date

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) |
|---|

Date Received: 6 , 21 , 12　　　☐ Send directly to Grievance Officer　　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: IN REFERENCE to Adequate beds and cell Furnishing, the entire department utilizes American correctional Association standards as guidelines for management. Efforts continue to strive for optional compliance with these recommended guidelines, within given

R Pinkup　　　　　　　　　　　　　　　6 , 27 , 12
Print Counselor's Name　　　Counselor's Signature　　　Date of Response

| **EMERGENCY REVIEW** |
|---|

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____　　　　　　　_____ / _____ / _____
Chief Administrative Officer's Signature　　　　　　　　Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

After being forced to comply with living areas that are inadequate for housing purposes,
I am thereby forced to bear the burden of sitting on the floor or property box to do a thing
as simple as write. My television is at risk of falling to its destruction, my typewriter
is at risk of falling into disrepair due to bugs and other properties of outside.

I am greeted every morning by birds begging for food. There is little to no ventilation
and I suffer from stagnant air and the germs carried there-in. We have been promised some
of the most basic things provided to those incarcerated: A safe living condition, a place
to write and sit, and provided a proper place to place appliances sold by the Instution.

I have grieved the housing to such degree that I believe I am purposly being overlooked.
I have to jump into a bed from 3 1/2 feet away risking injury and harm to myself. Can I
get into the bed without the danger of falling due to an inadequate stepping system?

budgetary constraints of the department, however there
is no legal requirement to do so. The units are sprayed
for bugs on a monthly basis. grievant is advised to keep
food items covered and put away in order to avoid unnessiary
infestations.

WARDEN
(EXHIBIT- E)
LEMKE:

April 2, 2013

This is Chris Everett, and I am in need of help seeing the Doctor for my Knee. For the past year I've been sitting and waiting in pain, hoping to be sent out for an MRI and I keep getting rescheduled but never called. My back is even acting up, causing agonizing sharp pains but no one has called me.

Can you please see to it that someone call me from Health CARE? I nee urgent care and the stairs are killing me. I'm all the way up on 9-Gallery.

Thank You very much.

CHRIS EVERETT
R26159
D-933

(Exhibit E)

WARDEN LEMKE                                        5/3/2013

This is Chris Everett, and I need help because I was prescribed a low Gallery - low Bunk permit by Health Care, and I'm still stuck on 9-Gallery. I informed the Sergeant in the Cell House by showing him my paperwork and he called the placement Officer who has refused to move me to a lower gallery and low bunk. There has been 2 cells open and I still haven't been moved.

Could you please help me get moved because I have to go up and down the stairs to get in the Shower. I'm still hurt from falling on my BACK as I climbed out the top bunk without the help of a Ladder. My back hasn't been right ever since. On top of this I am suffering from a hurt left knee.

I have spoken to both the Cell House Sergeant and Lieutenant in an effort to get moved, But Placement Officer Shaun Bass refuses to move me reportedly because my Permit is not permanent. I am letting you and Assist. Warden O'Brien know what is going on and prayerfully you will help me in this situation.                    Thank you.

I sent you an Emergency Grievance.
                                    CHRIS EVERETT
                            R 26159      D-933

EXHIBIT-F

Assistant                                          MAY 3, 2013
WARDEN O'brien:

     Hello, this is Everett and I am on two
crutches stuck on 9 Gallery. I was given an order
or Referral prescribing a low Gallery-low Bunk and
I let the Cell House Sergeant know about it. He called
the Placement Officer who has refused to move me.
Again, I need to get to a lower gallery and a low bunk.
There has been at least (2) open cells and I still have
not been moved.

     Could you please have me moved to a
low Gallery where I would have less pain and
stress going back and forth from the showers
and other necessary movement from day to day?
Both my knee and my back are in pain. I hurt my
back climbing out the Top bunk without a ladder.
I have to climb up and down using the sink and
coming down I fell on my back a while ago. It still
haven't been discovered as to what damage may have
been done. I need an MRI on both my knee & Back.

     Placement Officer Shaun Bass has refused to move me.
So I am letting you and Warden Lemke know because
I really need help.      Thank You.

                         Chris Everett
                      R26159    D-933

EXHIBIT-f

ASSIST.
WARDEN O'Brien

May 2, 2013

Hello, this is Everett and am in need of help getting a Permit For Low-Gallery/Low Bunk. I'm stuck on 9-Gallery on the top Bunk and all I have is a referral that is not being honored by Cell House Staff or Placement. I am in pain with two crutches and not only that my back went out as a result of falling from the top bunk a while ago - Now my back is strained and in pain on top of suffering a bad left knee while on 2 crutches 5 flights off the bottom gallery. 2 cells open and still nothing. Please have Health Care call me and fill out the proper paperwork for a Low Gallery Low Bunk. For some reason they are not sending me out for an MRI and I need one for my knee and my back. I'm in pain over here and I need your help. Thank You

I've spoken to the          Chris Everett
Sergeant & Lieutenant      R 26159
who spoke to Shaun Bass    D-933
in Placement, but he still
refuses to move me.

(*Exhibit-G*)



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

April 17, 2013

Christopher Everett
Register No. R26159
Stateville Correctional Center

Dear Mr. Everett:

This is in response to your grievances received on September 4, 2012, regarding Conditions (offender disagrees with the set up/lay out of his cell, i.e. ladders, shelving and tables; requests these items plus a stool to sit on be installed in the cells and an MRI and x-rays of his back and knee for issues which have occurred due to the lack of the above items), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing. As grievance number 2000 and 2001 are duplicative in nature they are being combined for purposes of this response.

Your written grievances dated June 15 and 16 of 2012 regarding the above issues have been reviewed.

The Grievance Officer's Report (2000 & 2001) and their subsequent recommendations both dated August 9, 2012 and approval by the Chief Administrative Officer on August 15, 2012 have been reviewed.

The counselor's response to both grievances and dated June 27, 2012 has been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance and requested relief be denied. Cell set up and lay out is an administrative decision. Offender should discuss any medical concerns with the HCU (staff) in accordance with established policy for his facility.

FOR THE BOARD: _____
Gina Allen
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
S.A. Godinez
Director

4/22/13

cc: Warden Michael Lemke, Stateville Correctional Center
Christopher Everett, Register No. R26159